Peter J. Smith IV, ISB No. 6997
Jillian H. Caires, ISB No. 9130
SMITH + MALEK, PLLC
1250 Ironwood Dr, Ste 316
Coeur d' Alene, ID 83814
Tel:    208-215-2411
Fax:    208-215-2416
Email: peter@smithmalek.com
          jillian@smithmalek.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COEUR D'ALENE TRIBE, a federally recognized Indian Tribe, | ) Case No.: |
| | ) |
| | ) COMPLAINT |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STEVE W. HAWKS and DEANNE A. HAWKS, husband and wife, | ) |
| | ) |
| Defendants | ) |

Plaintiff, COEUR D'ALENE TRIBE, a native sovereign entity, alleges the following:

## PARTIES

1.      Plaintiff is the Coeur d'Alene Tribe, a federally recognized Indian Tribe and a sovereign government with a reservation located in Kootenai and Benewah Counties within the state of Idaho.

2.      Defendants have an interest in real property abutting the lake Coeur d'Alene waterway, specifically the St. Joe River, within the confines of the Coeur d'Alene Tribal Reservation.

COMPLAINT: 1

JURISDICTION & VENUE

3.      This Court has jurisdiction over this action pursuant to *Hilton v. Guyot,* 159 U.S. 113 (1895), *Wilson v. Marchington,* 127 F.3d 805 (1997), and 28 U.S.C. § 1362.

4.      The Coeur d'Alene Tribe is legally entitled to the exclusive use and occupancy of the submerged lands and waters within the Coeur d'Alene Reservation and regulates the use of the submerged lands. *See Idaho v. United States and Coeur d'Alene Tribe*, 533 U.S. 262 (2001).

5.      On, July 15, 2016, in Case No. CV-DE-2016-0074 before the Tribal Court of the Coeur d'Alene Tribe of the Coeur d'Alene Indian Reservation, a final, conclusive, and enforceable Judgment was entered against Defendants. This Court has jurisdiction to recognize and enforce the Judgment of the Coeur d'Alene Tribal Court pursuant to the principles of comity. *See Wilson v. Marchington,* 127 F.3d 805 (1997).

CLAIM FOR RECOGNITION OF TRIBAL COURT JUDGMENT

6.      The Coeur d'Alene Tribe exercises exclusive sovereignty and dominion over the submerged lands and waters within the Coeur d'Alene Reservation. The Coeur d'Alene Tribal Court had exclusive jurisdiction over the subject matter of Tribal Court of the Coeur d'Alene Tribe Case No. CV-DE- 2016-0074.

7.      Defendants are the owners or have an interest in real property on the St. Joe River within the Coeur d'Alene Tribal Reservation. Therefore, the Coeur d'Alene Tribal Court had personal jurisdiction over Defendants.

8.      The underlying matter, Tribal Court of the Coeur d'Alene Tribe Case No. CV-DE- 2016-0074, involved encroachments owned by Defendants, in or above the submerged lands of the Coeur d'Alene Tribal Reservation, specifically consisting of a boat garage and pilings within the St. Joe River.

COMPLAINT: 2

9.    Tribal Court of the Coeur d'Alene Tribe Case No. CV-DE- 2016-0074 was heard before the Tribal Court of the Coeur d'Alene Tribe, the Honorable Ken Nagy presiding, on June 21, 2016.

10.    The Coeur d'Alene Tribe has adopted a tribal code, and specifically the Coeur d'Alene Tribal Code (hereinafter "CTC") 44-1.01, *et seq.*, addresses encroachment such as the Defendants' encroachments.

11.    Pursuant to CTC 44-24.01(e), the Coeur d'Alene Tribal Court had exclusive jurisdiction over the matter as it has jurisdiction over any suit for possession, trespass, or civil penalty resulting from any violations of Chapter 44 of the Coeur d'Alene Tribal Code.

12.    Defendants were given notice and opportunity to be heard in Tribal Court of the Coeur d'Alene Tribe Case No. CV-DE- 2016-0074, yet they failed to appear in the case and at the June 21, 2016 hearing.

13.    Despite the Defendants' default and absence at the June 21, 2016 hearing, the Coeur d'Alene Tribal Court heard testimony and reviewed evidence presented by Plaintiff. Following that hearing the Court granted a final, conclusive, and enforceable Judgment against Defendants in favor of Plaintiff; a copy true and complete of that Judgment is attached hereto as Exhibit "1". The Court entered its Findings of Fact and Conclusions of Law on July 15, 2016; a copy true and complete of the Court's Findings of Fact and Conclusions of Law is attached hereto as Exhibit "2".

14.    On July 15, 2016, in Case No. CV-DE-2016-0074 before the Tribal Court of the Coeur d'Alene Tribe of the Coeur d'Alene Indian Reservation, Plaintiff was granted final, conclusive, and enforceable Judgment against Defendants.

COMPLAINT: 3

15.     The July 15, 2016 final, conclusive, and enforceable Judgment of the Tribal Court of the Coeur d'Alene Tribe of the Coeur d'Alene Indian Reservation is entitled to recognition under the principles of comity. *See Wilson v. Marchington,* 127 F.3d 805 (1997).

WHEREFORE, Plaintiff prays for the following relief:

1.     For recognition and enforcement of the July 15, 2016 Judgment of the Tribal Court of the Coeur d'Alene Tribe of the Coeur d'Alene Indian Reservation;

2.     For an award of attorney fees and costs. In the event of default Plaintiff requests an award of attorney fees in the amount of $2,000.00; and

3.     For such other and further relief as the Court may deem just and equitable.

DATED this 12 day of August, 2016.

SMITH + MALEK, PLLC

By_____
PETER J. SMITH IV, ISB No. 6997
Attorneys for Plaintiff

COMPLAINT: 4