EXHIBIT "1"

# Judgment
# July 15, 2016

**EVERETT B. COULTER, JR.**
**CHRISTOHER J. KERLEY**
EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; (509) 455-3632

Attorneys for Plaintiff

FILED

Date: 7-18-16
Time: 10:40a
Coeur d'Alene
Tribal Court

Court Clerk

by:_____

## IN THE TRIBAL COURT OF THE COEUR D' ALENE TRIBE
## OF THE COEUR D' ALENE INDIAN RESERVATION

| | |
|---|---|
| COEUR D'ALENE TRIBE, a federally recognized Indian Tribe,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE W. HAWKS and DEANNE A. HAWKS, husband and wife,<br><br>Defendants. | Case No.   CV-DE-2016-0074<br><br><br>**JUDGMENT** |

THIS MATTER having come on regularly for hearing upon the Motion and application of the Plaintiff for entry of a judgment against Defendants.  The Court finds the following:

1. The Court has jurisdiction over this matter pursuant to CTC 44-1.01, *et seq.*, and *Idaho v. United States and Coeur d'Alene Tribe*, 533 U.S. 262 (2001);

2. The Court finds Defendants have received notice of this suit, and further finds the Defendants are in default and an Order of Default has been entered; and

3. The Court finds that a judgment should be entered against the Defendant for a civil penalty in the amount of $3,900.00____, and a finding that the Defendants are trespassing upon tribally controlled lands, and lastly the Tribe is entitled to remove the encroachments.

**JUDGMENT**
Page 1

NOW, THEREFORE IT IS ORDERED AND DECREED  as follows:

1.      A judgment in the amount of $ 3,900 00        as a civil penalty is entered against Defendants and in favor of Plaintiff;

2.      It is the judgment of this Court that the Defendant have trespassed against Plaintiff by maintaining encroachments without proper permits; and

3.      The Tribe is entitled to remove the encroachments.

DONE IN OPEN COURT this  15th  day of June, July 2016.

TRIBAL COURT JUDGE

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By_____
      EVERETT B. COULTER, JR.
      Attorney for Plaintiff

**JUDGMENT**
Page 2

CLERK'S CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Idaho, that on the 1 8 day of ⟨July⟩ , 2016, the foregoing was delivered to the following persons in manner indicated:

| | | |
|---|---|---|
| Steven W. Hawks<br>Deanne A. Hawks<br>89231 Highway 3 North<br>St. Maries, ID 83861 | Via Regular Mail<br>Via Certified Mail<br>Via Facsimile<br>Hand Delivered | [ X ]<br>[  ]<br>[  ]<br>[  ] |
| Norman Semanko<br>Moffatt, Thomas, Barrett, Rock, Fields<br>P.O. Box 829<br>Boise, ID 83701 | Via Regular Mail<br>Via Certified Mail<br>Via Facsimile<br>Hand Delivered | [ X ]<br>[  ]<br>[  ]<br>[  ] |
| Everett B. Coulter, Jr.<br>Evans, Craven & Lackie, P.S.<br>818 W. Riverside Ave., Ste. 250<br>Spokane, WA   99201 | Via Regular Mail<br>Via Certified Mail<br>Via Facsimile 509/455-3632<br>Hand Delivered | [ X ]<br>[  ]<br>[  ]<br>[  ] |

_____
Clerk

**JUDGMENT**
Page 3