Peter J. Smith IV, ISB No. 6997
Jillian H. Caires, ISB No. 9130
SMITH + MALEK, PLLC
601 E. Front Ave., Ste 304
Coeur d'Alene, ID 83814
Tel:    208-215-2411
Fax:    208-215-2416
Email: peter@smithmalek.com
        jillian@smithmalek.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| COEUR D'ALENE TRIBE, a federally recognized Indian Tribe, | ) Case No.: 2:16-cv-00366-CWD |
| | ) |
| | ) |
| | ) STIPULATION FOR DISMISSAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| STEVE W. HAWKS and DEANNE A. HAWKS, husband and wife, | ) |
| | ) |
| Defendants | ) |

Pursuant to Federal Rule of Civil Procedure 41 and stipulation of the parties, the parties hereby stipulate to dismissal of this case with prejudice, with each party to bear its own attorneys' fees and costs. The reason for dismissal of this appeal is that the underlying Tribal Court Judgment has been satisfied by Defendants in full.

STIPULATION FOR DISMISSAL: 1

DATED this 26th day of August, 2019.

SMITH + MALEK, PLLC

JILLIAN H. CAIRES, ISB No. 9130
*Attorneys for Plaintiff Coeur d'Alene Tribe*

PARSONS BEHLE & LATIMER

NORMAN M. SEMANKO
*Attorney for Defendants Steve W. Hawks and Deanne A. Hawks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of August, 2019, I filed the foregoing with the Clerk of the Court electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Norman M. Semanko                    Matthew J. McGee
nsemanko@parsonsbehle.com            mmcgee@spinkbutler.com

JILLIAN H. CAIRES

STIPULATION FOR DISMISSAL: 2